U.S. MAGISTRATE JUDGE J. KELLEY ARNOLD

IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LINDA CRANDELL,<br><br>  Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant | Civil No.  C07-5596RBL-JKA<br><br><br><br>ORDER FOR EXTENSION OF TIME |

Based upon the Stipulation between the parties it is hereby ORDERED that the Defendant shall have an extension to and including April 17, 2008, to file Defendant's answering brief. It is further ORDERED that Plaintiff shall have to and including May 1, 2008, to file Plaintiff's Reply

Special Assistant United States Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone:  (206) 615-2522
FAX:  (206) 615-2531

Brief.

DATED this 26th day of March 2008.


        *J. Kelley Arnold*

Respectfully submitted,

JEFFREY C. SULLIVAN
United States Attorney

BRIAN KIPNIS
Assistant United States Attorney

DAVID F. MORADO
Regional Chief Counsel, Seattle, Region X

s/ DAVID J. BURDETT       WSB # 29081
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone: (206) 615-2522
FAX: (206) 615-2531
david.burdett@ssa.gov

Page 2    ORDER FOR EXTENSION - [3:07-CV-5596-RBL-JKA]

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Defendant's Brief was filed with the Clerk of the Court on March 26, 2008, using the CM/ECF system which will send notification of such filing to the following: <u>Eitan Kassel Yanich.</u>

s/ DAVID J. BURDETT
Assistant Regional Counsel
Office of the General Counsel
