1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

10

WESTERN DISTRICT OF WASHINGTON

11

| | |
|---|---|
| LINDA CRANDELL, | Civil  No.  C07-5596RBL-JKA |
| Plaintiff, | |
| vs. | ORDER FOR REMAND |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant | |

12
13
14
15
16
17
18

It is hereby ORDERED that the Commissioner's final decision should be reversed and

19

20

remanded for further administrative proceedings, in accordance with sentence four of 42 U.S.C. §

21

405(g).  Upon remand, the ALJ will conduct a de novo hearing.  The ALJ will make a new

22

determination as to Petitioner's disability taking all evidence into account, and issue a new

23

decision.  A vocational expert will be consulted as to the vocational impact of Plaintiff's

24
25
26
27
28

Page 1        ORDER - [3:07-CV-5596-RBL-JKA]

1   limitations.  Upon proper application, Petitioner shall be entitled to reasonable attorney's

2   fees under the terms of the Equal Access to Justice Act, 28 U.S.C. § 2412 et seq.

3

4

5           DATED this 21st day of April, 2008.

6

7

8                                            RONALD B. LEIGHTON
                                             UNITED STATES DISTRICT JUDGE
9

10  Recommended for Entry:

11

12  */s/ J. Kelley Arnold*

13  UNITED STATES MAGISTRATE JUDGE

14

15  Presented by:

16  s/ DAVID J. BURDETT

17  Special Assistant U.S. Attorney
    WSB # 29081
18  Office of the General Counsel
    701 Fifth Ave, Ste 2900
19  Seattle, WA 98104
    Phone: (206) 615-2522
20  Fax: (206)615-2531
    david.burdett@ssa.gov
21

22

23

24

25

26

27

28  Page 2        ORDER - [3:07-CV-5596-RBL-JKA]