United States District Judge RONALD B. LEIGHTON

07-CV-05596-ORD

FILED _____ LODGED
_____ RECEIVED

JUN 13 2008

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

LINDA E. CRANDELL,                    )
                                      )   CIVIL NO. C07-5596RBL
              Plaintiff,              )
                                      )   ORDER FOR EAJA FEES AND
vs.                                   )   EXPENSES
                                      )
MICHAEL J. ASTRUE,                    )
Commissioner of Social Security,      )
                                      )
                                      )
                                      )

THIS MATTER having come on regularly before the undersigned upon by Plaintiff's Motion to Award EAJA Fees, Costs, and Expenses, the Defendant not opposing said motion, and the Court agreeing that EAJA fees, costs, and expenses should be awarded, good cause having been shown, now, therefore, it is hereby

ORDERED that Plaintiff's attorney Eitan Kassel Yanich is hereby awarded EAJA fees of $3,883.56 and expenses in the sum of $29.92 pursuant to 28 U.S.C. §2412, payable from the Judgment Fund pursuant to 31 U.S.C. §1304.

DATED this 12th day of June, 2008.

RONALD B. LEIGHTON
United States District Judge

Presented by:
S/EITAN KASSEL YANICH
EITAN KASSEL YANICH, WSBA #13690
Attorney for Plaintiff

ORDER FOR EAJA FEES AND EXPENSES
[C07-5596RBL] - 1

Eitan Kassel Yanich, Attorney at Law
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226