# United States District Court

WESTERN DISTRICT OF WASHINGTON

LINDA E. CRANDELL

v.

MICHAEL J. ASTRUE, Commissioner
of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5596RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's attorney Eitan Kassel Yanich is awarded a gross attorney's fee of $7,883.56 pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of $3,883.56 that previously were awarded, leaving a net fee of $4,000.00. When issuing the 42 U.S.C. § 406(b) check for payment to Plaintiff's attorney herein, Social Security is directed to send to Plaintiff's attorney the net balance of $4,000.00, minus any applicable processing fees as allowed by statute. Social Security shall then release the remaining balance of withheld benefits directly to the claimant.

| October 15, 2009 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

 

| | *s/CM Gonzalez* |
|---|---|
| | Deputy Clerk |